KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI CHOI (WVSBN 07922)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
Telephone: (415) 436-7168
Attorneys for Plaintiff

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00798 PJH |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | AND (~~PROPOSED~~) ORDER |
| THOMAS FITZGERALD McKENZIE, ) | |
| Defendant. ) | |

The United States Attorney's Office for the Northern District of California moves to dismiss the indictment without prejudice in the above entitled indictment pursuant to Federal Rule of Criminal Procedure 48 (a), as underlying prosecution has been included in indictment CR 02-0266 CRB. There have been no findings regarding factual guilt or innocence. The government has previously dismissed as to defendant Jason Thomas and Defendant Thomas Fitzgerald McKenzie continues to be a fugitive

DATED: April 27, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
_____
C. DAVID HALL
Assistant United States Attorney

MOTION TO DISMISS
[CR 05-00798] [PJH]

1 | (PROPOSED) ORDER
2 |
3 |       Upon the motion of the United States, the the above entitled action is dismissed without
4 | prejudice.
5 | Dated:   5/8/06

_____
HON. PHYLLIS J. HAMILTON
United States District Court Judge

MOTION TO DISMISS
[CR 05-00798] [PJH]